IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Tanya Dee Watford, | ) | C/A No.: 1:13-2410-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Commissioner of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This appeal from a denial of social security benefits is before the court for a Report and Recommendation ("Report") pursuant to Local Civ. Rule 73.02(B)(2)(a) (D.S.C.). Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) and § 1383(c)(3) to obtain judicial review of the final decision of the Commissioner of Social Security ("Commissioner") denying her claim for Disability Insurance Benefits ("DIB").

Plaintiff argues that new and material evidence presented to the Appeals Council warrants remand and that the Appeals Council erroneously concluded that Dr. Rogers's opinion did not pertain to the period at issue. [Entry #8 at 21–22].

In its notice denying Plaintiff's request for review of the ALJ's decision, the Appeals Council indicated the following regarding Dr. David S. Rogers's report and opinion:

> We also looked at the Independent Medical Evaluation by Oaktree Medical Center dated May 24, 2013 (6 pages); and the Multiple Impairment Questionnaire from Dr. Davis S. Rogers dated June 19, 2013 (8 pages).

Tr. at 2.

2

The undersigned has examined the record and has been unable to find the independent medical evaluation or the questionnaire completed by Dr. Rogers that the Appeals Council cited in the notice denying review.  Because Plaintiff argues that failure to properly consider this evidence presents grounds for remand, it is necessary that the undersigned review it before issuing a report and recommendation.   Therefore, the Commissioner is hereby ordered to supplement the record with this evidence by October 14, 2014.

IT IS SO ORDERED.

September 30, 2014                                    Shiva V. Hodges
Columbia, South Carolina                        United States Magistrate Judge

**The parties are directed to note the important information in the attached**
**"Notice of Right to File Objections to Report and Recommendation."**

2

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Judge.  Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections.  "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'"  *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see* Fed. R. Civ. P. 6(a), (d).  Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

Robin L. Blume, Clerk
United States District Court
901 Richland Street
Columbia, South Carolina 29201

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.**  28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).