IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| TANYA DEE WATFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:13-cv-02410-TLW |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Plaintiff Tanya Dee Watford brought this action pursuant to 42 U.S.C. § 405(g), to obtain

judicial review of the Commissioner of the Social Security Administration's ("Defendant") final

decision denying her claims for disability insurance benefits and supplemental security income.

This matter is before the Court for review of the Report and Recommendation ("the Report")

filed by United States Magistrate Judge Shiva V. Hodges, to whom this case was assigned

pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(a), (D.S.C.).  In the

Report, the Magistrate Judge recommends that this Court affirm Defendant's decision.  (Doc.

#19).  Plaintiff filed timely objections to the Report on October 29, 2014 (Doc. #21), to which

Defendant replied on November 17, 2014 (Doc. #22).  The matter is now ripe for disposition.

In conducting this review, the Court applies the following standard:

The magistrate judge makes only a recommendation to the Court, to which any
party may file written objections . . . .  The Court is not bound by the
recommendation of the magistrate judge but, instead, retains responsibility for the
final determination.  The Court is required to make a de novo determination of
those portions of the report or specified findings or recommendation as to which
an objection is made.  However, the Court is not required to review, under a de
novo or any other standard, the factual or legal conclusions of the magistrate
judge as to those portions of the report and recommendation to which no

objections are addressed.   While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

Wallace v. Housing Auth. of the City of Columbia, 791 F. Supp. 137, 138 (D.S.C. 1992) (citations omitted).

The Court has carefully reviewed the Report, Plaintiff's objections, and Defendant's reply thereto, and it concludes that the Magistrate Judge accurately summarizes the case and the applicable law.  It is hereby **ORDERED** that the Report and Recommendation is **ACCEPTED** (Doc. #19) and that Plaintiff's objections thereto are **OVERRULED** (Doc. #21).  For the reasons articulated by the Magistrate Judge, the Commissioner's decision is **AFFIRMED.**

   **IT IS SO ORDERED.**


                                        *s/ Terry L. Wooten*
                                        Terry L. Wooten
                                        Chief United States District Judge


March 26, 2015
Columbia, South Carolina